# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALERCE BIOLOGIX PR, LLC; and ALERCE MEDICAL GROUP, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MARIZEL YUKEE; ALESSA DOMINQUE YUKEE; ALLCARE WOUND TREATMENT, LLC; DERMLIFE HEALTH SOLUTIONS, LLC; MY BEST HEALTH FIRST, LLC; WOUND MEDIC, LLC, <br><br> Defendants. | Case No.:   2:25-cv-01665-CDS-NJK |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**

Defendants Marizel Yukee, Alessa Dominque Yukee, Allcare Wound Treatment, LLC, Dermlife Health Solutions, LLC, My Best Health First, LLC, and Wound Medic, LLC (collectively "Defendants"), by and through their attorney of record, James A. Beckstrom, Esq., with the law office of Beckstrom & Beckstrom, LLP and Ben Lehavi, Esq., of Ben's Law; and Plaintiffs Alerce Biologix PR, LLC and Alerce Medical Group, LLC (collectively "Plaintiffs"), by and through their counsel of record, Marc A. Silverman, Esq., Stephen M. Matthews, Esq., and Will Thompson, Esq., of the law firm of DLA Piper (collectively the "Parties"), hereby stipulate and agree as follows:

1. Plaintiffs filed their Complaint on September 5, 2025.

2. The deadline for Defendants to respond to the Plaintiffs' Complaint is September 30, 2025.

3. Counsel for Defendants has sought from counsel for Plaintiffs an extension of an additional fourteen (14) days to prepare a responsive pleading in this matter as a result of Defendants' counsel having been recently retained to represent Defendants in the above matter, not having had the opportunity to discuss this matter in length with his clients, and as a result of Defendants' counsel having prior obligations involving post-trial matters in an unrelated case.

4. Counsel for Plaintiffs have agreed to extend the responsive pleading deadline for the requested fourteen (14) days (until October 14, 2025), with the stipulation that Defendants have agreed to waive defenses pursuant to FRCP 12(b)(2) (personal jurisdiction), FRCP 12(b)(4) (lack of personal service), and FRCP 12(b)(5) (insufficient service of process).

5. The Parties reserve all other claims and defenses, not explicitly waived herein.

6. The Parties' extension is for good cause and not intended to delay these proceedings.

IT IS SO STIPULATED.

DATED this 25th day of September 2025.         DATED this 25th day of September 2025.

**IT IS SO ORDERED**
Dated: September 25, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

/ / /