1  **DLA PIPER LLP (US)**
   Will Thompson, Esq.
2  Nevada Bar No. 15826
   555 Mission Street, Suite 2400
3  San Francisco, California 94105-2933
   will.thompson1@us.dlapiper.com
4  *Attorneys for Plaintiffs*

5                  **UNITED STATES DISTRICT COURT**

6                         **DISTRICT OF NEVADA**

| | |
|---|---|
| ALERCE BIOLOGIX PR, LLC; and ALERCE MEDICAL GROUP, LLC, | Case No.: 2:25-cv-01665-CDS-NJK |
| Plaintiffs | **Order Approving STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO MOTION TO DISMISS** |
| v. | |
| MARIZEL YUKEE; ALESSA DOMINQUE YUKEE; ALLCARE WOUND TREATMENT, LLC; DERMLIFE HEALTH SOLUTIONS, LLC; MY BEST HEALTH FIRST, LLC; WOUND MEDIC, LLC, | [ECF No. 12] |
| Defendants | |

Plaintiffs Alerce Biologix PR, LLC and Alerce Medical Group, LLC (collectively "Plaintiffs"), by and through their counsel of record, Marc A. Silverman, Esq., Stephen C. Matthews, Esq., and Will Thompson, Esq., of the law firm of DLA Piper LLP (US), and Defendants Marizel Yukee, Alessa Dominque Yukee, Allcare Wound Treatment, LLC, Dermlife Health Solutions, LLC, My Best Health First, LLC, and Wound Medic, LLC (collectively "Defendants"), by and through their attorney of record, James A. Beckstrom, Esq., with the law office of Beckstrom & Beckstrom, LLP and Ben Lehavi, Esq., of Ben's Law (collectively the "Parties"), hereby stipulate and agree as follows:

    1.     Plaintiffs filed their Complaint on September 5, 2025.

    2.     On September 26, 2025, the Court granted the Parties' request for an extension of Defendants' time to respond to the Complaint until October 14, 2025 (ECF No. 7).

3. On October 14, 2025, Defendants filed (i) a Motion to Dismiss the Complaint (ECF No. 8), and (ii) an answer to the Complaint, which includes a Counterclaim (ECF No. 9).

4. Plaintiffs' responses to the Motion to Dismiss and Counterclaim are due, respectively, on October 28, 2025 and November 4, 2025.

5. Counsel for Plaintiffs and Defendants have agreed to an extension of an additional seven (7) days for Plaintiffs to file an opposition to the Motion to Dismiss, which would make Plaintiffs' responses opposition to the Motion to Dismiss and response to the Counterclaim due on the same day, November 4, 2025.

6. This brief extension for Plaintiffs to respond to the Motion to Dismiss will allow Plaintiffs sufficient time to simultaneously respond to both the Motion to Dismiss and Counterclaim while also not prejudicing the Parties or resolution of this matter.

7. The Parties do not waive any claims or defenses not previously waived by way of this stipulation.

8. The requested extension is for good cause and not intended to delay these proceedings.

IT IS SO STIPULATED.

DATED this 20th day of October 2025.

**DLA PIPER LLP (US)**

By: /s/ Will Thompson
Will Thompson, Esq.
Nevada Bar No. 15826
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
will.thompson1@us.dlapiper.com

Stephen C. Matthews, Esq.
*(Pro Hac Vice forthcoming)*
Marc A. Silverman, Esq.
*(Pro Hac Vice forthcoming)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
stephen.matthews@us.dlapiper.com
marc.silverman@us.dlapiper.com
*Attorneys for Plaintiffs*

DATED this 20th day of October 2025.

**BECKSTROM & BECKSTROM, LLP**

By: /s/ James A. Beckstrom
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 So. 4th Street, Suite 650
Las Vegas, Nevada 89101
jb@beckstromlaw.com
*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation, plaintiffs must file a response to the motion to dismiss on or before November 4, 2025.

Dated: October 21, 2025

_____
Cristina D. Silva
United States District Judge