# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALERCE BIOLOGIX PR, LLC, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>MARIZEL YUKEE, et al.,<br><br>  Defendants. | Case No. 2:25-cv-01665-CDS-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 8. A joint discovery plan must be filed by December 9, 2025.

IT IS SO ORDERED.

Dated: December 2, 2025

Nancy J. Koppe
United States Magistrate Judge

1