**BECKSTROM & BECKSTROM, LLP**
James A. Beckstrom, Esq.
Nevada Bar No. 14032
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (725) 300-0599
jb@beckstromlaw.com

**BEN'S LAW**
Ben Lehavi, Esq.
Nevada Bar No. 14564
5940 South Rainbow Boulevard
Las Vegas, Nevada 89118
ben@benslaw.com

*Attorneys for Defendants/Counter-Claimants Marizel Yukee;*
*Alessa Dominque Yukee; Allcare Wound Treatment, LLC;*
*Dermlife Health Solutions, LLC; My Best Health First, LLC; and*
*Wound Medic, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALERCE BIOLOGIX PR, LLC; and ALERCE MEDICAL GROUP, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MARIZEL YUKEE; ALESSA DOMINQUE YUKEE; ALLCARE WOUND TREATMENT, LLC; DERMLIFE HEALTH SOLUTIONS, LLC; MY BEST HEALTH FIRST, LLC; WOUND MEDIC, LLC, <br><br> Defendants. | Case No.: 2:25-cv-01665-cds-njk <br><br><br><br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MY BEST HEALTH FIRST, LLC; WOUND MEDIC, LLC; DERMLIFE HEALTH SOLUTIONS, LLC, <br><br> Counter-Claimants, <br><br> vs. <br><br> ALERCE BIOLOGIX PR, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Counter-Defendants. | |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendants/Counter-Claimants Marizel Yukee, Alessa Dominque Yukee, Allcare Wound Treatment LLC, Dermlife Health Solutions LLC, My Best Health First LLC, and Wound Medic LLC (collectively "Defendants/Counter-Claimants"), by and through their counsel of record, James A. Beckstrom, Esq., with the law firm of Beckstrom & Beckstrom, LLP and Ben Lehavi, Esq., of Ben's Law; Plaintiffs/Counter-Defendants Alerce Biologix PR LLC and Alerce Medical Group LLC (collectively "Plaintiffs/Counter-Defendants"), by and through their counsel of record, Will Thompson, Esq., Stephen C. Matthews, Esq., and Marc A. Silverman, Esq., of the law firm of DLA Piper LLP (collectively the "Parties"), hereby stipulate and agree as follows:

1. The Parties hereby dismiss the above-entitled matter with prejudice, having resolved all claims and allegations set forth within this action; and

2. The Parties shall each bear their own attorney fees and costs.

**IT IS SO STIPULATED**.

DATED this 25th day of February 2026.

**BECKSTROM & BECKSTROM, LLP**

By: */s/   James A. Beckstrom*
   James A. Beckstrom, Esq.
   Nevada Bar No. 14032
   400 So. 4th Street, Suite 650
   Las Vegas, Nevada 89101
   jb@beckstromlaw.com

**BEN'S LAW**
   Ben Lehavi, Esq.
   Nevada Bar No. 14564
   5940 South Rainbow Boulevard
   Las Vegas, Nevada 89118
   ben@benslaw.com

   *Attorneys for Defendants/Counter-Claimants*

DATED this 25th day of February 2026.

**DLA PIPER**

By: */s/   Will Thompson*
   Will Thompson, Esq.
   Nevada Bar No. 15826
   555 Mission Street, Suite 2400
   San Francisco, California 94105-2933
   will.thompson1@us.dlapiper.com

   Marc A. Silverman, Esq..
   *(Pro Hac Vice Admitted)*
   51 John F. Kennedy Parkway, Suite 120
   Short Hills, New Jersey 07078-2704
   marc.silverman@us.dlapiper.com

   *Attorneys for Plaintiffs/Counter-Defendants*

/ / /

/ / /

**<u>ORDER</u>**

**IT IS HEREBY ORDERED.**

Dated this _____ day of February 2026.


_____
UNITED STATES MAGISTRATE JUDGE